# ST. ALOYSIUS
## ACADEMY for Boys
### & Montessori Pre-school



April 24, 2015

**Via U.S. Priority Mail Express**
Clerk of the Court
United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107

        Re:    In Re: Nicholas V. Coppa, Debtor
                  Chapter 13 – Notice of Motion to Continue Automatic Stay
                  Bankruptcy No. 15-12430

Dear Sir/Madam:

In regard to the above-mentioned bankruptcy matter and on behalf of St. Aloysius Academy, I hereby submit this letter as the Academy's formal answer in explaining our reasons why we do not want the court to grant the relief sought in the Motion and ask that the Court consider our views on same Motion.

Over the past 6 years, Mr. Coppa has been approached in regard to the delinquent tuition owed to St. Aloysius Academy – documentation can be provided. The Academy has educated three of his sons in good faith. The Academy has listened to his reasons why throughout the years he could not pay in full what was owed - his hardships, his lack of business, etc. and provided Mr. Coppa with multiple extensions. In good faith, Mr. Coppa's sons were permitted to continue at the Academy while the amount owed grew. The amount of tuition owed to St. Aloysius Academy, presently, $33,014.00 has caused the Academy financial hardship in its operational budget over the past several years, leaving the budget at a deficit. Among other hardships, this has limited the Academy's ability to help families with students needing financial assistance.

Mr. Coppa providing some form of payment to the Academy is a matter of justice, especially when you consider other families who sacrifice to send their son(s) to the Academy for an education and pay tuition in a timely manner.

Thank you for your consideration.

Sincerely,

*Sister Stephen Anne IHM*

Sister Stephen Anne Roderiguez IHM Ed.D.
Principal

cc: Robert J. Lohr II, Esquire – Via U.S. Priority Mail Express

www.staloysiusacademy.org | 401 S. Bryn Mawr Ave., Bryn Mawr, PA 19010 | 610-525-1670